Jen-Feng Lee, SBN 204328
Kenneth K. Tanji, Jr., SBN 162273
**WorldEsquire Law Firm, LLP**
80 S. Lake Ave., #708
Pasadena, CALIFORNIA 91101
T: 626-795-5555
F: 626-795-5533

JS-6

Attorneys for Defendants
HUNAN KINGLONG BIO-RESOURCES
SHANGHAI NOVANAT BIORESOURCES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Southern Division

| | |
|---|---|
| NUTRISCIENCE INNOVATIONS, LLC, | CASE NO. SACV 07-786CJC (RNBx) |
| Plaintiff, | [Proposed] Order to Dismiss |
| vs. | |
| HUNAN KINGLONG BIO-RESOURCES CO., LTD. and SHANGHAI NOVANAT BIORESOURCES CO., LTD., | Action filed: 7/9/2007 |
| Defendants. | |

///
///
///
///
///
///

**[Proposed] Dismissal Order**

Jnb/62918     1     CV 07-786 CJC (RNBx)

1  Having considered the joint stipulation presented by counsel for the respective
2  parties to <u>dismiss the entire action, with prejudice,</u> pursuant to Federal Rules of Civil
3  Procedure Rule 41(a)(1)(A)(ii), this action is dismissed as stipulated.
4  Each party shall bear its own costs and attorney fees.
5  It is so ORDERED.

7  Dated: August 12, 2009

_____
Hon. Cormac J. Carney
United States District Judge

[Proposed] Dismissal Order

WorldEsquire Law Firm
80 S. Lake Ave., #708
Pasadena, CALIFORNIA 91101
(626) 795-5555

Jnb/62918                              2                         CV 07-786 CJC (RNBx)